Circuit Court for Calvert County
Case No. 04-K-80-000134
Argued on: June 2, 2016

IN THE COURT OF APPEALS OF MARYLAND


No. 104


September Term, 2015

---

STATE OF MARYLAND


v.


LAWRENCE JOHNSON

---

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Battaglia, Lynne A. (Retired,
Specially Assigned),

JJ.

---

PER CURIAM ORDER

---

Filed: June 3, 2016

STATE OF MARYLAND          *      IN THE

                          *      COURT OF APPEALS

      v.                  *      OF MARYLAND

                          *      No. 104

LAWRENCE JOHNSON          *      September Term, 2015


**PER CURIAM ORDER**


Upon consideration of the papers and pleadings filed in this matter as of the date of oral argument before the Court on June 2, 2016, and the arguments made that day, it is this 3rd day of June, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals entered in this case be, and it is hereby, vacated and the case is remanded to that Court with directions to remand the case to the Circuit Court for Calvert County to conduct an evidentiary hearing on Respondent's Petition for Post Conviction Relief and to make a determination of whether Respondent expressly waived the right to post conviction relief.


                              /s/ Mary Ellen Barbera_
                                   Chief Judge